IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ROBERT MEAD AND CAMP GREENHEAD, LLC §§§ | |
| PLAINTIFFS § | |
| v. § | CIVIL ACTION NO. 5:16-CV-185 |
| § | |
| USI INSURANCE SERVICE, LLC §§ | |
| DEFENDANT § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Plaintiffs, Robert Mead and Camp Greenhead, LLC, pursuant to Rule 41(a) and states as follows. On December 6, 2016, Plaintiffs filed their Original Complaint. Plaintiffs have not served their Complaint on Defendant, USI Insurance Service, LLC; therefore, Defendant has not filed an Answer or entered an appearance in this case. The parties have reached a settlement in this case. Pursuant to the settlement agreement, each party shall bear its own fees and costs, and this Notice of Voluntary Dismissal shall be WITH PREJUDICE.

              Respectfully submitted,

              By:/s/ Lance Lee

              Lance Lee
              5511 Plaza Drive
              Texarkana, TX  75503
              Tel: (903) 223-0276
              Texas Bar No. 24004762

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 24th day of February, 2017.

                                      */s/ Lance Lee*
                                      Lance Lee