IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ROBERT MEAD AND CAMP GREENHEAD, LLC § § § | | |
| PLAINTIFFS § | | |
| v. § | CIVIL ACTION NO.  5:16-CV-185 | |
| § | | |
| USI INSURANCE SERVICE, LLC § § | | |
| DEFENDANT § | | |

## ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice and the Court's Standing Order regarding the same, this matter is hereby

DISMISSED with PREJUDICE.

SIGNED this 1st day of March, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE